1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  CLAUDIA QUIROZ (CABN 254419)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7428
7       FAX: (415) 436-7027
        claudia.quiroz@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,              )   NO. CR 09-0945 TEH
                                          )   NO. CR 14-0547 ~~EMC~~ TEH
15          Plaintiff,                    )
                                          )
16      v.                                )   **STIPULATION AND [~~PROPOSED~~] ORDER**
                                          )   **CONTINUING DATE OF SENTENCING**
17 RICARDO ORELLANA,                      )   **HEARING AND SUPERVISED RELEASE**
                                          )   **REVOCATION HEARING**
18          Defendant.                    )
                                          )
19 _____)

20

21

22

23

24

25

26

27

28

1    The Court has set February 9, 2015, at 2:15 p.m. as the date for Defendant Ricardo Orellana's

2    Sentencing Hearing and Supervised Release Revocation Hearing.  Assistant United States Attorney

3    Claudia Quiroz anticipates that she will be out of town and unavailable on February 9, 2015.

4    Accordingly, the parties agree and respectfully request that the Court continue the date of the Sentencing

5    and Supervised Release Revocation Hearings from February 9, 2015 to March 2, 2015.  The Probation

6    Officer concurs with this request.

7    SO STIPULATED.

8                                                                  MELINDA HAAG
                                                                        United States Attorney
9

10   DATED: January 12, 2015                         ____/s/_____
                                                                        CLAUDIA QUIROZ
11                                                                 Assistant United States Attorney

12

13   DATED: January 12, 2015                         ___/s/_____
                                                                        JODI LINKER
14                                                                 Attorney for Ricardo Orellana

15

16                                       **ECF ATTESTATION**

17   I, Claudia A. Quiroz, attest that concurrence in e-filing this **STIPULATION** has been obtained

18   from signatory Jodi Linker, in compliance with General Order 45, X.B.

19

20   DATED:  January 12, 2015                         MELINDA HAAG
                                                                        United States Attorney
21

22                                                                 By:  _____/s/_____
                                                                        CLAUDIA A. QUIROZ
23                                                                 Assistant United States Attorney

24

25

26

27

28
     STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF SENTENCING AND SUPERVISED RELEASE
     REVOCATION HEARING

1

**[PROPOSED] ORDER**

2          For the reasons stated above, the Court continues the Sentencing Hearing and Supervised

3  Release Revocation Hearing in this matter from February 9, 2015 to March 2, 2015.

4          IT IS SO ORDERED.

5

6  DATED: ___01/13/2015___                    _____

7                                             HON_____

                                              United_____

8                                             

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF SENTENCING AND SUPERVISED RELEASE
REVOCATION HEARING