STEVEN G. KALAR
Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-14-547 TEH |
| Plaintiff, | [PROPOSED] ORDER OF RELEASE |
| v. | |
| RICARDO ORELLANA, | |
| Defendant. | |

For the reasons stated in Court on July 11, 2016, Mr. ORELLANA is hereby ordered RELEASED from federal custody. Upon his release, the following conditions apply:

1.    Mr. Orellana is to reside at GEO Care, located at 111 Taylor Street in San Francisco (hereinafter "GEO Care"), and shall report directly to GEO Care immediately upon his release. Mr. Orellana shall remain at GEO Care pending his acceptance into a residential drug treatment program and may only be released to the residential treatment program upon approval by the U.S. Probation Office.

2.    Mr. Orellana is to abide by all terms and conditions of his supervised release, previously imposed in the above-captioned case, with one further condition to apply: Mr.

[PROPOSED] ORDER OF RELEASE
CR No.: 14-547 TEH                                                1

Orellana is required to stay at least 100 feet away from Kristi Ramirez.  Mr. Orellana shall be allowed telephone contact with Ms. Ramirez.

    IT IS SO ORDERED.

The July 12, 2016, at 9:30 am, hearing before Judge James is hereby VACATED.

DATED: July 11, 2016

_____
THE HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

[PROPOSED] ORDER OF RELEASE
CR No.: 14-547 TEH     2